JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES,<br><br>        Petitioner,<br><br>        v.<br><br>S. FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. SA CV 15-1381-VAP (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _November 8, 2016

                                                */s/ Virginia A. Phillips*<br>
                                       HONORABLE VIRGINIA A. PHILLIPS<br>
                                       UNITED STATES DISTRICT JUDGE